IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:12-CR-118-1-F

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| JOHN ALEXANDER ALDAYA, | ) |
| Defendant. | ) |

The defendant's August 8, 2012, motion [DE-40] for access is ALLOWED for the reasons and under the conditions stated therein.

SO ORDERED.

This, the 9th day of August, 2012.

*(signature)*
JAMES C. FOX
Senior United States District Judge