UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-118-1F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOHN ALEXANDER ALDAYA, | ) | |
| Defendant. | ) | |

This matter was set for arraignment on January 14, 2013. However, in open court on the morning of January 14, Aldaya indicated that he wished to hire a new attorney and plead not guilty. Aldaya also indicated that he needed more time to find an attorney and prepare for trial. The court will ALLOW Aldaya's motion. Mr. Joseph Zezotarski, for good cause shown, is allowed to withdraw at attorney of record for Aldaya. It is hereby ORDERED that arraignment and trial be continued until the court's February 19, 2013 term of court.

The court finds that the ends of justice are best served by granting this extension and that they outweigh the interest of the public and the Defendant in a speedy trial. Accordingly, the delay occasioned by the granting of this extension shall be excluded from the speedy trial computation. *See* 18 U.S.C. § 3161(h)(1)(F), (h)(7)(A), h(8).

SO ORDERED.

This the __14__ day of January, 2013.

_____
JAMES C. FOX
Senior United States District Judge